Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:99CR90-003/RV

CHARLES DENNIS

    On February 16, 2000, the above named was sentenced to a period of three (3) years supervised release. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Charles Dennis be discharged from supervised release.

Respectfully submitted,

_____
Russell A. Szafran
U.S. Probation Officer

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this ___8___ day of _____Feb_____, 20_06_.

_____
Roger Vinson
Senior U.S. District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 FEB 13 AM 7:58

FILED